IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

---

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                    Cr. No. 05-10012-T/An

JAMES CURTIS BAKER,

    Defendant.

---

### ORDER ON ARRAIGNMENT

---

    This cause came to be heard on May 2, 2005. The Assistant United States Attorney appeared on behalf of the government, and the defendant appeared in person and with the following counsel, who is retained/appointed:

    NAME:          Dianne Smothers, Asst. Federal Defender
    ADDRESS:

    TELEPHONE:

    The defendant, through counsel, waived formal arraignment and entered a plea of not guilty.

    All motions shall be filed within thirty (30) days from the date hereof unless, for good cause shown to a District Judge, such period is extended.

    The defendant, being held without bond pursuant to BRA of 1984, is remanded to the custody of the U.S. Marshal.

                                                                         */s/ S. Thomas Anderson*
                                                                           S. THOMAS ANDERSON
                                                                           United States Magistrate Judge

Charges:     felon in possession of a firearm; possession of a machine gun; possession of an unregistered machine gun

Assistant U.S. Attorney assigned to case: Ivy

Rule 32 was not waived.

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 5/5/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 13 in case 1:05-CR-10012 was distributed by fax, mail, or direct printing on May 5, 2005 to the parties listed.

---

M. Dianne Smothers
FEDERAL PUBLIC DEFENDER
109 S. Highland Ave.
Ste. B-8
Jackson, TN 38301

Victor Lee Ivy
U.S. ATTORNEY'S OFFICE
109 S. Highland Ave.
Ste. 300
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT