FILED BY ____ D.C.

05 JUN 13 AM 8: 16

ROBERT R. DI TROLIO
CLERK, U.S. DIST CT.
W. D. OF TN JACKSON

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

VS.                        No. 05-10012-T

JAMES CURTIS BAKER,

    Defendant.

### ORDER CONTINUING TRIAL AND REPORT DATE AND EXCLUDING DELAY

Upon  motion of counsel for defendant, with no objection from the government and  for good cause shown,  the report date which is currently scheduled for June 14, 2005, and the trial date which is currently scheduled for June 23, 2005, are hereby continued.   The defendant contends that additional time is needed to prepare for trial.

The court finds that defendant's need for a continuance for additional preparation outweighs the best interests of the public and the defendant in a speedy trial; therefore, the ends of justice will be served by granting a continuance in order to allow the defendant  more time  to prepare for trial.  Accordingly, the trial is continued from June 23, 2005, to August 10, 2005,  at 9:30 A.M.  The resulting period of delay, from June 23, 2005,  to August 10, 2005,  is excluded pursuant to 18 U.S.C. § 3161(h)(8)(A).

A new report/motion date has been set for August 4, 2005,  at 8:30 a.m.

    IT IS SO ORDERED.

JAMES D. TODD
UNITED STATES DISTRICT JUDGE

10 June 2005
DATE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on __6|13|05__

18

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# **Notice of Distribution**

This notice confirms a copy of the document docketed as number 18 in case 1:05-CR-10012 was distributed by fax, mail, or direct printing on June 13, 2005 to the parties listed.

---

Victor Lee Ivy
U.S. ATTORNEY'S OFFICE
109 S. Highland Ave.
Ste. 300
Jackson, TN 38301

M. Dianne Smothers
FEDERAL PUBLIC DEFENDER
109 S. Highland Ave.
Ste. B-8
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT