IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

UNITED STATES OF AMERICA

vs.                                    Criminal No. 1:05-CR-10012-01-T

JAMES CURTIS BAKER

ORDER CONTINUING TRIAL DATE AND SPECIFYING DELAY
EXCLUDABLE UNDER SPEEDY TRIAL ACT

Upon motion of counsel for defendant the trial date of August 4, 2005, is continued to allow counsel for the government and defendant additional time in which to prepare. The ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

The Clerk shall **re-set** the **REPORT DATE/MOTION HEARING** for **TUESDAY, AUGUST 30, 2005 at 9:00 A.M.** and reset **TRIAL DATE** for **MONDAY, SEPTEMBER 19, 2005 at 9:30 A.M.** The Court finds that the grounds for this continuance justified excluding the period of August 20, 2005, to September 19, 2005, as excludable delay under Title 18 U.S.C.§3161(h)(8)(B)(iv) and(h)(8)(A).

IT IS SO ORDERED.

_____
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

DATE: 4 August 2005

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 8/5/05

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 22 in case 1:05-CR-10012 was distributed by fax, mail, or direct printing on August 5, 2005 to the parties listed.

---

Victor Lee Ivy
U.S. ATTORNEY'S OFFICE
109 S. Highland Ave.
Ste. 300
Jackson, TN 38301

M. Dianne Smothers
FEDERAL PUBLIC DEFENDER
109 S. Highland Ave.
Ste. B-8
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT