IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

VS.                                                         No. 05-10012-T

JAMES CURTIS BAKER,

    Defendant.

## ORDER CONTINUING TRIAL AND EXCLUDING DELAY

Upon motion of counsel for defendant James Curtis Baker, with no objection from the government and for good cause shown, the trial date which is currently scheduled for October 3, 2005, is hereby continued. Defendant contends that additional time is needed for preparation for the trial.

The court finds that the defendant's need for a continuance for additional preparation outweighs the best interests of the public and the defendant in a speedy trial; therefore, the ends of justice will be served by granting a continuance in order to allow the defendant more time to prepare for trial. <u>Accordingly, the trial is continued from October 3, 2005, to January 17, 2006, at 9:30 A.M.</u> The resulting period of delay, from October 3, 2005, to January 17, 2006, is excluded pursuant to 18 U.S.C. § 3161(h)(8)(A).

A new report date has been set for January 4, 2006, at 8:30 a.m.

IT IS SO ORDERED.

                                               _James D. Todd_
                                               JAMES D. TODD
                                               UNITED STATES DISTRICT JUDGE

                                               26 September 2005
                                               DATE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 27 in case 1:05-CR-10012 was distributed by fax, mail, or direct printing on September 29, 2005 to the parties listed.

---

M. Dianne Smothers
FEDERAL PUBLIC DEFENDER
109 S. Highland Ave.
Ste. B-8
Jackson, TN 38301

James W. Powell
U.S. ATTORNEY'S OFFICE
109 S. Highland Ave.
Ste. 300
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT